■ CAROL J. WEIGERT, Appellant, v VERNON H. BAKER, JR., Respondent. (Appeal No. 1.) [630 NYS2d 959] —Appeal unanimously dismissed without costs (*see, Matter of Eric D.* [appeal No. 1], 162 AD2d 1051). (Appeal from Judgment of Supreme Court, Ontario County, Henry, Jr., J.—Dismiss Complaint.) Present—Lawton, J. P., Wesley, Doerr, Davis and Boehm, JJ.

■ CAROL J. WEIGERT, Appellant, v VERNON H. BAKER, JR., Respondent. (Appeal No. 2.) [630 NYS2d 959] —Appeal unanimously dismissed without costs (*see, Champion Intl. Corp. v Dependable Indus. Corp.,* 47 AD2d 473, 475, *appeal dismissed*

36 NY2d 983; CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Ontario County, Henry, Jr., J.—Dismiss Complaint.) Present—Lawton, J. P., Wesley, Doerr, Davis and Boehm, JJ.